Lawrence D. Rohlfing
Attorney at Law: 119433
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
JOSE MANUEL DE JESUS NUNEZ-GALINDO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANUEL DE JESUS NUNEZ-GALINDO<br><br>            Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security.<br><br>            Defendant. | Case No.: 2:16-cv-00837-CKD<br><br>STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF<br><br>(FIRST REQUEST) |

Plaintiff Jose Manuel de Jesus Nunez-Galindo and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from September 26, 2016 to October 24, 2016 for Plaintiff to file an opening brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first

///

-1-

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Plaintiff's counsel had assigned the preparation of this brief to an attorney that left the firm on September 13, 2016. Lead counsel is currently out of the country. Counsel should have attended to this before leaving on the 16th but failed to do so.

DATE: September 26, 2016   Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Lawrence D. Rohlfing*

BY: _____
Lawrence D. Rohlfing
Attorney for plaintiff Jose Manuel de Jesus Nunez-Galindo

DATE:  September 26, 2016   PHILLIP A. TALBET
*United States Attorney*

/s/ *Jennifer A. Kenney*

BY:_____
Jennifer A. Kenney
Special Assistant United States Attorney
Attorneys for defendant Carolyn W. Colvin
|*authorized by e-mail|

IT IS SO ORDERED:

Dated:  September 28, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

-2-