UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE NUNEZ-GALINDO,<br><br>       Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>       Defendant. | No.  2:16-cv-0837 CKD<br><br><br><br>ORDER |

Plaintiff has filed an opening brief.  The brief is devoid of any substantive argument and appears to have been submitted in incomplete form.

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted an extension of time to November 10, 2016 to submit a complete brief.  The time for filing opposition shall be modified accordingly.

Dated:  October 26, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 nunez0837.brf

1