PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER A. KENNEY, CSBN 241625
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: jennifer.a.kenney@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JOSE MANUEL NUNEZ-GALINDO, | Case No.: 2:16-CV-00837-CKD |
| Plaintiff, | STIPULATION AND ORDER FOR A FIRST EXTENSION OF 45 DAYS FOR |
| vs. | DEFENDANT TO RESPOND TO PLAINTIFF'S CORRECTED MOTION FOR |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | SUMMARY JUDGMENT AND FILE ITS CROSS-MOTION FOR SUMMARY JUDGMENT |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 45 days to respond to Plaintiff's Corrected Motion for Summary Judgment and file its Cross-Motion for Summary Judgment. This extension is requested because additional time is needed to adequately research the issues presented in this case and for the parties to continue settlement negotiations. The current due date is December 15, 2016. The new due date will be January 29, 2017.

///

///

Stip. & Prop. Order to Extend 2:16-CV-00837-CKD    1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: December 14, 2016

*/s/  Lawrence D. Rohlfing*
(as authorized by email on Dec. 13, 2016)
LAWRENCE D. ROHLFING
Law Offices of Lawrence D. Rohlfing
Attorney for Plaintiff

Dated: December 14, 2016

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX,
Social Security Administration

By:   */s/  Jennifer A. Kenney*
JENNIFER A. KENNEY
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

Dated:  December 16, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE