PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER A. KENNEY, CSBN 241625
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: jennifer.a.kenney@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| JOSE MANUEL NUNEZ-GALINDO, | Case No.: 2:16-CV-00837-CKD |
| Plaintiff, | STIPULATION AND ORDER FOR A SECOND EXTENSION OF 14 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S CORRECTED MOTION FOR SUMMARY JUDGMENT AND FILE ITS CROSS-MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| NANCY A. BERRYHILL[1], Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have a second extension of time of 14 days to respond to Plaintiff's Corrected Motion for Summary Judgment and file its Cross-Motion for Summary Judgment. The additional time is requested to enable the parties to continue settlement negotiations and

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  attempt to resolve the matter.  The current due date is January 30, 2017.  The new due date will

2  be February 13, 2017.

3         The parties further stipulate that the Court's Scheduling Order shall be modified

4

5  accordingly.

6

7                                          Respectfully submitted,

8

9  Dated: January 30, 2017                 /s/  Lawrence D. Rohlfing
                                           (as authorized by email on Jan. 30, 2017)
10                                         LAWRENCE D. ROHLFING
                                           Law Offices of Lawrence D. Rohlfing
11                                         Attorney for Plaintiff

12

13 Dated: January 30, 2017                 PHILLIP A. TALBERT
                                           United States Attorney
14                                         DEBORAH LEE STACHEL
                                           Regional Chief Counsel, Region IX,
15                                         Social Security Administration

16

17                             By:         /s/  Jennifer A. Kenney
                                           JENNIFER A. KENNEY
18                                         Special Assistant U.S. Attorney
                                           Attorneys for Defendant
19

20                                       **ORDER**

21

22 APPROVED AND SO ORDERED:

23 Dated:  February 1, 2017

24                                         _____
                                           CAROLYN K. DELANEY
25                                         UNITED STATES MAGISTRATE JUDGE

26

27

28

Stip. & Prop. Order to Extend 2:16-CV-00837-CKD 2