```
PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER A. KENNEY, CSBN 241625
Special Assistant United States Attorney
       160 Spear Street, Suite 800
       San Francisco, California 94105
       Telephone: (415) 977-8945
       Facsimile: (415) 744-0134
       E-Mail: jennifer.a.kenney@ssa.gov
Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| JOSE MANUEL DE JESUS NUNEZ-GALINDO,<br><br>          Plaintiff,<br><br>     vs.<br><br>NANCY A. BERRYHILL[1],<br>Acting Commissioner of Social Security,<br><br>          Defendant. | Case No.: 2:16-CV-00837-CKD<br><br>STIPULATION AND ORDER TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF |

IT IS HEREBY STIPULATED, by and between Plaintiff and Nancy A. Berryhill, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit.  No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

Stip. & Prop. Order to Vol. Rem. 2:16-CV-00837-CKD

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.  The Appeals Council will instruct the ALJ to reevaluate the medical evidence, including, but not limited to, all medical-source opinion evidence, and explain the weight given to the opinion evidence consistent with 20 C.F.R. § 404.1527, and Social Security Rulings 96-5p and 96-6p.  The Appeals Council will also instruct the ALJ to obtain vocational expert testimony, as necessary, to assist in determining what jobs exist, if any, for Plaintiff given his age, education, vocational factors, including literacy, and residual functional capacity.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                                        Respectfully submitted,

Dated: February 9, 2017          */s/ Lawrence D. Rohlfing*
                                       (as authorized by email on Feb. 7, 2017)
                                       LAWRENCE D. ROHLFING
                                       Attorney for Plaintiff

Dated: February 9, 2017          PHILLIP A. TALBERT
                                       United States Attorney
                                       DEBORAH LEE STACHEL
                                       Regional Chief Counsel, Region IX,
                                       Social Security Administration

                         By:     */s/ Jennifer A. Kenney*
                                       JENNIFER A. KENNEY
                                       Special Assistant U.S. Attorney
                                       Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

Dated:  February 13, 2017                    _/s/ Carolyn K. Delaney_
                                         CAROLYN K. DELANEY
                                         UNITED STATES MAGISTRATE JUDGE